**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DEVIN ERIC LAMM,**

     **Plaintiff,**

**v.**                                                    **Case No.  4:18cv584-MW/MJF**

**FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

     **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 14.  Upon consideration, no objections having been filed by

the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for

Plaintiff's failure to comply with orders of this Court."  The Clerk shall also close the

file.

**SO ORDERED on November 19, 2019.**


                                 **s/ MARK E. WALKER**
                                 **Chief United States District Judge**